IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MANANTAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CITY MORTGAGE; NATIONAL CITY BANK OF INDIANA, N.A.; GMAC MORTGAGE, LLC; ETS SERVICES, LLC; AND DOES 1-50, inclusive,<br><br>    Defendants.<br> _____/ | No. C 11-00216 CW<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE (Docket Nos. 5, 8 & 9) |

   Defendants GMAC Mortgage, LLC and ETS Services, LLC have moved to dismiss Plaintiff's complaint.  Docket No. 5.  Separately, PNC Bank, N.A., as successor by merger to National City Bank, sued by Plaintiff as National City Mortgage and National City Bank of Indiana, N.A., has moved to dismiss Plaintiff's complaint, Docket No. 8, and strike portions of Plaintiff's complaint, Docket No. 9.  After the case was reassigned to this Court, Defendants renoticed the hearings for the three pending motions, setting a new date for March 10, 2011.  Plaintiff's opposition was due on February 17, 2011.  Thus far Plaintiff has failed to file an opposition to any of the three motions.

   Plaintiff shall file her opposition to all three motions in a

single brief by March 17, 2011, or risk dismissal of her action for failure to prosecute.  If Plaintiff opposes by the new deadline, Defendants shall submit their replies by March 24, 2011.  PNC Bank shall file a single reply to Plaintiff's opposition to its motion to dismiss and motion to strike.  PNC Bank's consolidated reply shall not exceed fifteen pages.  The Court VACATES the March 10, 2011 hearing date.  The Court will set a new hearing date if necessary to resolve the motions.

IT IS SO ORDERED.

Dated: 2/18/2011

CLAUDIA WILKEN
United States District Judge