JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC and
ETS SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| REGINA MANANTAN,<br><br>          Plaintiff,<br><br>    vs.<br><br>NATIONAL CITY MORTGAGE; NATIONAL CITY BANK OF INDIANA, N.A.; GMAC MORTGAGE, LLC; ETS SERVICES, LLC; AND DOES 1-50, inclusive.,<br><br>          Defendants. | Case No.: 4:11-CV-00216-CW<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br><br><br>Complaint Date:  December 9, 2010 |

**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE DATE**

IT IS HEREBY ORDERED THAT the Stipulation to continue the date of the Case Management Conference, currently scheduled for Tuesday, April 26, 2011, at 2:00 p.m., to a date to be determined by the above entitled court, is approved in light of all parties agreeing to participate in ADR, and shall become the order of the Court.  **A case management conference will be held on Tuesday, July 26, 2011, at 2:00 p.m**.

Dated: April 18, 2011

_____
CLAUDIA WILKEN
UNITED STATED DISTRICT JUDGE

19000/0713/907815.1                                                               [~~PROPOSED~~] ORDER APPROVING STIPULATION