IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MANANTAN,<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONAL CITY MORTGAGE, et al.,<br><br>      Defendants.<br>_____/ | No. 11-00216 CW<br><br>ORDER DISMISSING<br>CASE FOR FAILURE<br>TO PROSECUTE |

    On July 28, 2011, the Court dismissed Plaintiff's complaint with leave to amend.  The Court granted Plaintiff fourteen days in which to file an amended complaint and explained that if Plaintiff did not file it within this time period, her case would be dismissed for failure to prosecute.

    Fourteen days have passed and Plaintiff has not filed an amended complaint.  Therefore, this case is dismissed for failure to prosecute.  Defendants' motion to dismiss, filed on August 17, 2011, is denied as moot.

    IT IS SO ORDERED.


Dated: 8/24/2011

                                      CLAUDIA WILKEN<br>                                    United States District Judge